IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| K. JEFF CARNEY, M.D., PHARM D, ) | |
| ) | CIVIL ACTION FILE NUMBER: |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-cv-02802 |
| ) | |
| EMORY UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL WITHOUT PREJUDICE

Plaintiff K. Jeff Carney, M.D., Pharm D., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby, dismisses the within action without prejudice.

GARY BUNCH, P.C.

By: _____
Gary Bunch
Georgia Bar Number 094612
Attorney for Plaintiff K. Jeff Carney,
M.D., Pharm D.

208 Corporate Drive
Carrollton, Georgia 30117
(770) 836-0405

September 3, 2021

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused to be served upon the other party a copy of **DISMISSAL WITHOUT PREJUDICE** by using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Toni J. Read
John S. Snelling
LEWIS BRISBOIS BISGAARD & SMITH LLP
600 Peachtree Street, Suite 4700
Atlanta, GA 30308

This 3rd day of September, 2021.

Gary Bunch